Shekhem BEY, Plaintiff–Appellant,

v.

JUWANNA MANN PRODUCTION CORPORATION; Mogan Creek Production Incorporated; In Drag Production Corporation; Warner Broth-

ers Production, Incorporated; Warner Brothers Pictures, Incorporated; Time Warner Production Corporation, Defendants–Appellees.

No. 02–1579.

United States Court of Appeals, Fourth Circuit.

Submitted July 19, 2002.

Decided July 29, 2002.

Shekhem Bey, Pro Se.

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Shekhem Bey appeals the district court's order denying the request to certify registration of an apparently fraudulent judgment pursuant to 28 U.S.C.A. § 1963 (West Supp.2002). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bey v. Juwanna Mann Prod.*, No. CA–02–20–3–V (W.D.N.C. May 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*